**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MY DOCTOR SUGGESTS LLC (d/b/a My Health Supplier), a Utah corporation, GP SILVER LLC, a Utah corporation and GORDON PEDERSEN, an individual,<br><br>Defendants. | **ORDER FREEZING ASSETS**<br><br>Case No. 2:20-cv-00279 DBB<br><br>Judge David Barlow |

This matter comes before the Court on the United States' Motion for an Ex Parte Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("Motion") to restrain defendants MY DOCTOR SUGGESTS LLC (d/b/a My Health Supplier), GP SILVER LLC, and GORDON PEDERSEN, an individual, from engaging in ongoing violations of the federal criminal laws. The Court has considered the United States' Motion and Memorandum in Support, the exhibits filed therewith, and the supporting declaration and documentation, together with the argument of counsel. Based upon the foregoing, the Court makes the following findings:

1. This Court has jurisdiction over the subject matter of this case, there is good cause to believe that it will have jurisdiction over all the parties hereto, and venue in this district is proper.

2. There is good cause to believe that Defendants have violated and are likely to continue engaging in acts or practices that violate 18 U.S.C. § 1341 (mail fraud) and 18 U.S.C. § 1343 (wire fraud) and that the United States is therefore likely to prevail on the merits of this action.

3. There is good cause to believe that immediate and irreparable harm will result from Defendants' ongoing violations of 18 U.S.C. § 1341 (mail fraud) and 18 U.S.C. § 1343 (wire fraud) unless Defendants are restrained and enjoined by order of this court.

4. There is good cause to believe that the harm to Defendants' business during the pendency of the TRO is greatly outweighed by the threat to the health and safety of individuals relying on Defendants' products and the representations regarding those products and to the public generally.

5. Injunctive relief to protect the public interest is expressly authorized by 18 U.S.C. § 1345. The public's interest in receiving accurate medical information, in health-related advertising that is not false, and in health and safety are all supported by this TRO.

6. Pursuant to Federal Rule of Civil Procedure 65(b), the United States has demonstrated that immediate and irreparable injury, loss, or damage will result if notice is given to the Defendants prior to entering this order.

7. In support of the court's ability to grant effective final relief, good cause exists for freezing the Defendants' assets. Based on the record in these proceedings, a temporary asset freeze of Defendants' assets is necessary to protect assets in the custody or control of Defendants and to maintain the *status quo*.

**THEREFORE, IT IS HEREBY ORDERED**:

**I.**

This court hereby takes exclusive jurisdiction and possession of the assets, of whatever kind and wherever situated, of Defendants MY DOCTOR SUGGESTS LLC (d/b/a My Health Supplier), GP SILVER LLC, and GORDON PEDERSEN ("Defendants' Assets").

**II.**

Except as otherwise specified herein, all Defendants' Assets are frozen until further order of this court. Accordingly, all persons and entities with direct or indirect control over any Defendant's Assets, are hereby restrained and enjoined from directly or indirectly transferring, setting off, receiving, changing, selling, pledging, assigning, liquidating or otherwise disposing of or withdrawing such assets. This freeze shall include, but not be limited to, Defendants' Assets that are on deposit with financial institutions such as banks, brokerage firms and mutual funds.

**III.**

Defendants MY DOCTOR SUGGESTS LLC (d/b/a My Health Supplier), GP SILVER LLC, and GORDON PEDERSEN, their agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of such Order by personal service, facsimile service, or otherwise, and each of them, hold and retain within their control, and otherwise prevent any withdrawal, transfer, pledge, encumbrance, assignment, dissipation, concealment, or other disposal of any assets, funds, or other properties (including money, real or personal property, securities, choses in action or property of any kind whatsoever) of Defendants MY DOCTOR SUGGESTS LLC (d/b/a My Health Supplier), GP SILVER LLC,

and GORDON PEDERSEN, currently held by them or under their control, whether held in the name of Defendants, or for their direct or indirect beneficial interest wherever situated, and directing each of the financial or brokerage institutions, debtors, and bailees, or any other person or entity holding such assets, funds, or other properties of Defendants to hold or retain within their control and prohibit the withdrawal, removal, transfer, or other disposal of any such assets, funds, or other properties.

**IV.**

This court shall retain jurisdiction over this action for the purposes of implementing and carrying out the terms of all orders and decrees which may be entered herein and to entertain any suitable application or motion for additional relief within the jurisdiction of this court.

DATED this 28th day of April, 2020.

BY THE COURT:

DAVID BARLOW
UNITED STATES DISTRICT JUDGE