Eric G. Benson (No. 10414)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Fax: (801) 532-7543
Email: ebenson@rqn.com

*Attorney for My Doctor Suggests, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MY DOCTOR SUGGESTS, LLC (d/b/a My Health Supplier), a Utah corporation, GP SILVER, LLC, a Utah corporation and GORDON PEDERSEN, an individual,<br><br>Defendants. | **NOTICE OF APPEARANCE<br>OF COUNSEL**<br><br><br>Case No. 2:20-cv-00279 DBB<br><br>Judge David Barlow |

Please take notice that Eric G. Benson of the law firm of Ray Quinney & Nebeker P.C. hereby enters his appearance as counsel on behalf of Defendant My Doctor Suggests, LLC in the above-entitled matter and requests that he be copied electronically on all filings and notices in this matter.

DATED this 6th day of May, 2020.

RAY QUINNEY & NEBEKER P.C.

 */s/ Eric G. Benson*
Eric G. Benson
*Attorney for My Doctor Suggests, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2020, I electronically submitted the **NOTICE OF APPEARANCE OF COUNSEL** to the Clerk of the Court using the EC/ECF system, which sent electronic notification of such filing to the following counsel of record in this case:

JOHN W. HUBER, United States Attorney
JOEL A. FERRE, Assistant United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176

SPEARE I. HODGES
SARAH WILLIAMS
Trial Attorneys, Consumer Protection Branch
U.S. Department of Justice
450 5th Street, N.W. Suite 6400-South
Washington, D.C. 20001



/s/ Melanie Martin

1528601