:Gordon: Hunter-Pedersen, sui juris
c/o 4625 Cherry Court
Cedar Hills, Utah

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff** v. **GORDON PEDERSEN,** **Corporate DEAD Entity** **[Defendant in Err]** :Gordon: Hunter-Pedersen (non corporate entity, *tertius interveniens*) | **TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** **ORDER FREEZING ASSETS** **ORDER GRANTING EXPARTE MOTION TO FILE CASE UNDER SEAL** Case No. 2:20-cv-00279 DBB [Judge] David Barlow |

**Living Testimony in the Form of an Affidavit**

I, :Gordon: Hunter-Pedersen, am a biological, flesh and blood living man, on the land jurisdiction of Utah, an American State National. I enter my "Living Testimony in the form of an Affidavit" as my "court of record," under special divine appearance, as a Lawful Person. I am NOT a ward of the State, I am competent & of sound mind. Through the light and love of "Yeshua the Christ," I declare the truth and facts contained herein are my sincere-first-hand knowledge as being true, correct, complete and certain, & so affirm & declare the following per; 28 U.S. Code § 1746 unsworn declarations under the penalty of perjury. All the documents verifying my status, standing and jurisdiction, recorded on the land jurisdiction of Utah on the "Public Record" and by the "Recording

Secretary" of The Utah Assembly fully assembled and in session.

Attached as Exhibit 1. Proving that I am a private living man, fully alive and NOT the DEAD CORPSE, NOM DE GUERRE, GORDON PEDERSEN, fraudulently created by the STATE OF UTAH. I am :Gordon: Hunter-Pedersen, *non-corporate entity, tertius interveniens.* Not dead or lost at sea, but living and breathing, alive with a "heart-beat." Our blood flows and our flesh lives and no thing comes between us and God.

1. Living Men and Woman are a "Protected People" engaged in International Trade, under the International Sovereign Immunities Act owed the "Law of Peace." Territorial, Municipal Courts have No Permission to Approach or Interfere with Living Men and Women, American State Nationals under the Department of Army Pamphlet 27-161-1. Any harm resulting from Trespass upon Living Men and Women, American State Nationals are subject to full commercial liability & penalties (up to 20 years prison), 18-USC 233, 18 USC 1341, 1342. "American State Nationals, Protected People; per 8 U.S.C. §1101 (a)(21). And Protected by the Constitutions, International Treaties & Military Lien Rights.

2. The Court and it's Officers can only interact with either a Corporation, Trust or "Ward of the Court" and the Contracts between them, and cannot interact with a live "human" or "people!" Under the Corpus Juris Secundum (CJS), (means "body of law"). The Court must have a Contract to conduct business.

The State District Courts have NO Contract with Living People, American State National's without my Consent!

> US v Minker, 350 US 179 at 187(1956) Supreme Court of the United States 1795 *"Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law agency, aspect, Court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them."* S.C.R. 1795, Penhallow v. Doane's Administrators (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54, Supreme Court of the United States 1795, [Not the "United States Supreme Court"-ed.]

3. Corpus Juris Secundum Section 16, Page 892: FACT OF DEATH: Death of the person on whose estate administration is sought is a jurisdiction requisite; and while the presumption of death arising from absence may present a prima facie case sufficient to warrant a grant of administration, yet if it subsequently develops that such person was in fact alive, the administration is VOID! While it is true that the presumption of death arising from a person's absence, unheard from, for a considerable length of time, see "Death Section 6", may present a prima facie case sufficient to warrant a grant of administration on his estate, the arising of such presumption does not take the case out of the operation of the general rule on the subject, **and if it is made to appear that the person was in fact alive at the time such administration was granted, the administration is <u>absolutely void</u>!**

4. This court does NOT have subject matter or persona jurisdiction over the

the living flesh and blood man, American State National, :Gordon: Hunter-Pedersen. <u>Jurisdiction is challenged and must be proven on the court record and remains unproven.</u> This court has NO authority over the the private living flesh and blood man. See Addendum 1 ADMINISTRATIVE NOTICE OF SPECIAL DIVINE APPEARANCE AND DEMAND, WRIT OF ERROR CORAM NOBIS, MEMORANDUM IN LAW attached. See Addendum 2 Letter of Rogatory, Questions that must be answered and proven by the Plaintiff before this court has any authority to proceed any further. How does the Plaintiff prove :Gordon: Hunter-Pedersen (living man), is the DEAD CORPSE GORDON PEDERSEN, Defendant? It remains unproven.

5. **This court does NOT have a proven contract with :Gordon: Hunter-Pederson, and the living man does NOT consent to any contract with this court or the Plaintiff. Contract remains unproven.**
<u>**The Living Man, American State National will NOT appear before this court Tuesday, the 12th of May 2020 at 10:00 am by teleconference.**</u>
**The Plaintiff or court have NO proven authority, contract or jurisdiction. The Plaintiff and court would be committing Treason, Inland Piracy, Press Ganging, Mischaracterization, Identify Theft, Impersonation, Unlawful Conversion, Falsification of Public Records, Involuntary Peonage, Unlawful contracting processes under the "color of law." Conspiracy against the Constitution, Barratry, Securitization of Living Flesh, Enslavement, Involuntary Peonage,**

**Plundering & Pillaging of an innocent civilian.**

The Plaintiff and this court have already violated :Gordon: Hunter-Pedersen's Constitutional Rights by busting into his house and stealing his possessions and threatening to steal his life and livelihood.

**Constitutional Violations by Plaintiff and Court:**

    1st Amendment- redress of grievances.
    4th Amendment- secure in their persons, unreasonable search and seizure.
    5th Amendment- due process.
    6th Amendment- trial by a jury of one's peers, etc.
    8th Amendment- cruel and unusual punishments.
    9th Amendment- people retain all rights. deny & disparage of rights.
    10th Amendment- powers to the people.
    11th Amendment Judicial Power Construed.

**Violating his rights under the 1949 Geneva Conventions, International Treaties, and Military Lien Rights, including his Declaration of Human Rights and the Hobbs Act. And have already committed treasonous crimes.**

**:Gordon: Hunter-Pedersen, Living, American State National, is NOT the surety or stand in for GORDON PEDERSEN, DEAD CORPSE ENTITY.**

**How can Plaintiff prove this is NOT the case? Plaintiff, cannot!**

6. This court has NO jurisdiction to enter a preliminary injunction, or any final rulings, on any Complaint, or continue to freeze any further assets or enjoin any violations. The court and [Judge] David Barlow would be committing further Treason against a living being.

UNITED STATES OF AMERICA, Plaintiff is trespassing on our land and soil turf of Utah and are attempting to Kidnap, steal from and harm

:Gordon: Hunter-Pedersen, who is a land asset belonging to Utah and NOT UNITED STATES OF AMERICA, and any other presumption is not supportable by law. UNITED STATES OF AMERICA, Plaintiff and the court have "Erred" and committed crimes trespassing on Utah and are required under the Public Law, to Dismiss :Gordon: Hunter-Pedersen, American State National, Living flesh and blood man, from this case and the fabricated charges you are trying to force onto this American State National, without any contract or jurisdiction, along with releasing his assets, immediately without any further presumption or interference. And correct your records. If you ignore this warning and proceed any further against this American State National, or harm him any further in any manner, Complaints will be filed in a higher court, that supercedes this court and charges and damages will immediately be asserted against the UNITED STATES OF AMERICA and all parties, Individually and Collectively, <u>starting with $1,000,000,000.00 (One Trillion dollars) as Mandated by a Second Decree over Mandate by The United States of America, Un-incorporated, Fiduciary and Head of State.</u> In addition to several millions of dollars for Violations to the Geneva Conventions (carrying the death penalty) and other Violations to International Treaty Rights.

Cease and Desist interfering in the Life of :Gordon: Hunter-Pedersen immediately. He has not committed any crimes or violations and he is NOT subject to this courts statutes, codes, rules, bullying or harassment.

7. Release the TEMPORARY RESTRAINING ORDER and any PRELIMINARY

INJUNCTIONS, UNFREEZE HIS ASSETS. There is NO proven mail fraud,

or money laundering, or wire fraud, or immediate or irreparable harm, there

is NO threat to the public, or anyone's health and safety, and has NOT

engaged in or violated any federal criminal laws by :Gordon: Hunter-

Pedersen, American State National, Private Living man, nor has he intro-

duced misbranded drugs into interstate commerce, or introduced unapproved

drugs into interstate commerce, or dispensed any prescription drugs, without

a prescription, or any misbranding of drugs, or engaging in the manufactured

of drugs in an unregistered establishment. These are all false fabrications

and presumptions for pecuinary gains by the UNITED STATES OF AMERICA.

**The court cannot retain jurisdiction that it does NOT possess and has NOT**

**possessed in the first instance against :Gordon: Hunter-Pedersen ASN.**

8. If the UNITED STATES OF AMERICA, US ATTORNEY'S OFFICE,

Joel A. Ferre, and CONSUMER PROTECTION BRANCH, DOJ, CIV Sarah

Williams, US DEPARTMENT CONSUMER PROTECTION BRANCH Speare

Hodges, and the UNITED STATES DISTRICT COURT, DISTRICT OF UTAH,

and [Judge] David Barlow, including SPECIAL AGENT, VIRGINIA KEYS,

U.S. FOOD AND DRUG ADMINISTRATION and the 5 other FBI Agents and

Homeland Security Agents who forced their way into :Gordon: Hunter-

Pedersen's home, terrorizing him and his wife and stealing his

belongings and proprietary information, and threatening his life and livelihood, continue in this bullying, harassment, discrimination, Terrorism, Treason, Racketeering and Extortion all for pecuinary gains, this matter will be immediately re-venued to a higher court.

That will Demand a Full Investigation and Action under Title X under Military Code of Justice for Jurisdictional Trespass and all the other crimes and violations summarized in paragraph 5. Govern Yourselves accordingly.

9. **Guarantee and Disclaimer:** It is not my meaning nor my intention to harm, blame, accuse, or terrify anyone, least of all my employees; it is my intention to secure and defend my Lawful Person and from identity theft, inland piracy and impersonation by run amok foreign commercial corporations merely in the business of providing my State of the Union and my Lawful Person with certain stipulated governmental services. I wish to bring urgent personal attention to these issues as referenced and seek all prompt conciliatory action to correct these organized crimes (syndication). Failing that I can only hold all to be fully informed including those willfully participating in the ongoing torture, harm, abuse, and attempted theft and kidnapping. Including the total destruction of our lives and finances. All considered International War Crimes and are capital crimes of racketeering, treason & extortion (RICO)

which carry the death penalty under the 1949 Geneva Convention,

(which I am not advocating the death penalty).

After 21 days if this my Living Testimony Affidavit goes unanswered point by point, it becomes prima facie fact and law and becomes judgmented on the public record.

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent**

Per; 28 U.S. Code § 1746 – Unsworn declarations under penalty of perjury
1. If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true & correct." Executed on: May 12th, 2020.

This document is now hereby considered publicly published and placed upon my court of record. Without prejudice and without recourse, I hereby place my Autograph below:

FURTHER AFFIANT SAYETH NOT

by: :Gordon: Hunter-Pedersen© all rights reserved
a living soul, sui juris

**Notary as JURAT CERTIFICATE**

Utah State }
Salt Lake County }

On May 12th, 2020 date before me,
Erick Laurence Osberg, a Notary Public, personally appeared :Gordon: Hunter-Pedersen who proved to me on the basis of satisfactory evidence to be the living man whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity. And that by his autograph on the instrument, the living man executed the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Utah State & Utah State the STATE OF UTAH that the foregoing paragraph is true & correct.

WITNESS my hand and official seal.

Signature _____
(seal)
of Notary / Jurat

ERICK LAURENCE OSBERG
Notary Public - State of Utah
Comm. No. 710822
My Commission Expires on
Feb 27, 2024

Page 9 of 9

### Certificate of Service

I, :Gordon: Hunter-Pedersen certify that I am mailing or emailing a copy of this my Living Testimony Affidavit in the above stated case to the UNITED STATES OF AMERICA May 12th 2020.

cc:  US ATTORNEY'S OFFICE, Joel A. Ferre, & CONSUMER PROTECTION BRANCH, DOJ, CIV Sarah Williams, US DEPARTMENT CONSUMER PROTECTION BRANCH Speare Hodges, & [Judge] David Barlow, including SPECIAL AGENT, VIRGINIA KEYS, U.S. FOOD & DRUG ADMINISTRATION

by: ©
:Gordon: Hunter-Pedersen
sui juris, UCC 1-308

cc: Trump Task Force
   US District Attorney
   Governor of Utah
   United States of America, Unincorporated
      Fiduciary and Head of State