IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MY DOCTOR SUGGESTS LLC (d/b/a My Health Supplier), a Utah corporation, GP SILVER LLC, a Utah corporation and GORDON PEDERSEN, an individual,<br><br>    Defendants. | **PRELIMINARY INJUNCTION AGAINST GP SILVER LLC AND GORDON PEDERSEN**<br><br>Case No. 2:20-cv-00279 DBB<br><br>Judge David Barlow |

    This matter came before the court at a Show Cause hearing on May 12, 2020 as to why a Preliminary Injunction should not issue to restrain Defendants GP SILVER LLC and GORDON PEDERSEN from engaging in ongoing violations of the federal criminal laws. Counsel for the government appeared. Defendant GP Silver LLC and Gordon Pedersen did not appear, nor did counsel appear on their behalf. The court has considered the United States' previously filed Motion and Memorandum in Support (ECF No. 2), the exhibits filed therewith, and the supporting declaration and documentation, together with the argument of counsel.

    Based upon the foregoing, the court makes the following findings only as to Defendants GP SILVER LLC and GORDON PEDERSEN:

    1.    This court has jurisdiction over the subject matter of this case, there is good cause to believe that it will have jurisdiction over all the parties hereto, and venue in this district is proper.

2. This preliminary injunction does not modify, rescind, or have any other effect on the Order granting Motion for Temporary Restraining Order (ECF No. 8), the Order Granting Motion for Extension of Time (ECF No. 21) (which extends the Temporary Restraining Order in effect until May 29, 2020), or the Order Freezing Assets (ECF No. 9).

3. There is good cause to believe that Defendants GP Silver LLC and Gordon Pedersen have violated and are likely to continue engaging in acts or practices that violate 18 U.S.C. § 1341 (mail fraud) and 18 U.S.C. § 1343 (wire fraud) and that the United States is therefore likely to prevail on the merits of this action.

4. There is good cause to believe that immediate and irreparable harm will result from Defendants GP Silver LLC and Gordon Pedersen's ongoing violations of 18 U.S.C. § 1341 (mail fraud) and 18 U.S.C. § 1343 (wire fraud) unless Defendants GP Silver LLC and Gordon Pedersen are restrained and enjoined by order of this court.

5. There is good cause to believe that the harm to Defendants GP Silver LLC and Gordon Pedersen's business during the pendency of the TRO is greatly outweighed by the threat to the health and safety of individuals relying on Defendants GP Silver LLC and Gordon Pedersen's products and the representations regarding those products and to the public generally.

6. Injunctive relief to protect the public interest is expressly authorized by 18 U.S.C. § 1345. The public's interest in receiving accurate medical information, in health-related advertising that is not false, and in health and safety are all supported by this preliminary injunction.

7. No security is required of any agency of the United States for issuance of a preliminary injunction. Fed. R. Civ. P. 65(c).

**THEREFORE, IT IS HEREBY ORDERED**:

**I.**

The court previously granted United States' Motion for an Ex Parte Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue pursuant to 18 U.S.C. § 1345. For good cause shown, the court now converts the Temporary Restraining Order to a Preliminary Injunction against Defendants GP Silver LLC and Gordon Pedersen.

**II.**

Defendants GP Silver LLC and Gordon Pedersen, and any person or entity acting at the direction of or on behalf of either or any of them, are prohibited from destroying, altering, or concealing any documents, books, and records that are in the possession, custody, or control of Defendants, their respective agents, servants, employees, and attorneys, and those persons in active concert or participation with them, including documents that concern the allegations in the Complaint or Defendants' assets, finances, or business operations.

**III.**

Defendants GP Silver LLC and Gordon Pedersen, their agents, officers and employees, and all other persons and entities in active concert or participation with them are prohibited from:

i. committing mail fraud, as defined by 18 U.S.C. § 1341;

ii. committing wire fraud, as defined by 18 U.S.C. § 1343;

      iii. using interstate telephone calls, mail or private interstate carrier, or electronic communications, including wire, radio, television and internet publication to:

1. Sell or distribute silver products, including without limitation, silver products sold on behalf of Gordon Pedersen, My Doctor Suggests LLC or GP Silver LLC in interstate commerce;

2. Sell or distribute any silver product that represents, directly or indirectly, expressly or impliedly that it is intended for use in the diagnosis, cure, mitigation, treatment, or prevention of any disease, including, without limitation, products that are intended for use in the diagnosis, cure, mitigation, treatment or prevention of COVID-19.

**IV.**

Defendants GP Silver LLC and Gordon Pedersen, their agents, officers, and employees, and all other persons and entities in active concert or participation with them are FURTHER ORDERED to immediately remove any active sales listings for My Doctor Suggests silver products, wherever those listings may appear, including without limitation, on the Defendants' own website (MyDoctorSuggestsStore.com), as well as on third party websites such as Amazon and Shopify.

**V.**

Within ten business days of the service of this order, Defendants GP Silver LLC and Gordon Pedersen shall file with this court and serve on the Plaintiff, United States, a sworn accounting of:

a. The proceeds from any silver products sold from January 30, 2020 to present;
b. The disposition and current location of all customer funds received through the sale of silver products from January 30, 2020 to present, and
c. Every transaction in which any funds or other assets of any kind have been transferred from Defendants since January 30, 2020.

## VI.

This court shall retain jurisdiction over this action for the purposes of implementing and carrying out the terms of all orders and decrees which may be entered herein and to entertain any suitable application or motion for additional relief within the jurisdiction of this Court.

IT IS FURTHER ORDERED that the government serve this Order on Defendants GP Silver LLC and Gordon Pedersen no later than May 15, 2020. The government should then file proof of service on the docket.

DATED this 12th of May, 2020.

BY THE COURT:

_____
DAVID BARLOW
UNITED STATES DISTRICT JUDGE