Eric G. Benson (No. 10414)
Brett R. Parkinson (No. 10310)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah  84111
Telephone:  (801) 532-1500
Fax:     (801) 532-7543
Email: ebenson@rqn.com
        bparkinson@rqn.com

*Attorneys for My Doctor Suggests, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MY DOCTOR SUGGESTS, LLC (d/b/a My Health Supplier), a Utah corporation, GP SILVER, LLC, a Utah corporation and GORDON PEDERSEN, an individual,<br><br>Defendants. | **ACCOUNTING OF DEFENDANT MY DOCTOR SUGGESTS, LLC**<br><br><br>Case No. 2:20-cv-00279 DBB<br><br>Judge David Barlow |

My Doctor Suggests, LLC ("MDS") and each of its subsidiaries, affiliates, successors

and assigns, submits its sworn accounting in accordance with paragraph V of the Temporary

Restraining Order ("TRO") by the Declaration of Ralph Malone, submitted herewith as

Attachment 1.

DATED this 21st day of May, 2020.

                                                                               RAY QUINNEY & NEBEKER P.C.


                                                                               */s/ Eric G. Benson*
                                                                               Eric G. Benson
                                                                               Brett R. Parkinson
                                                                               *Attorneys for Defendant My Doctor Suggests, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2020, I electronically submitted the

**ACCOUNTING OF DEFENDANT  MY DOCTOR SUGGESTS, LLC** to the Clerk of the

Court using the EC/ECF system, which sent electronic notification of such filing to the following

counsel of record in this case:

JOHN W. HUBER, United States Attorney
JOEL A. FERRE, Assistant United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176


SPEARE I. HODGES
SARAH WILLIAMS
Trial Attorneys, Consumer Protection Branch
U.S. Department of Justice
450 5th Street, N.W. Suite 6400-South
Washington, D.C. 20001


                                                    /s/ Melanie Martin


1530110