# **ATTACHMENT 1**

Eric G. Benson (No. 10414)
Brett R. Parkinson (No. 10310)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Fax: (801) 532-7543
Email: ebenson@rqn.com
bparkinson@rqn.com

*Attorneys for My Doctor Suggests, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MY DOCTOR SUGGESTS, LLC (d/b/a My Health Supplier), a Utah corporation, GP SILVER, LLC, a Utah corporation and GORDON PEDERSEN, an individual,<br><br>Defendants. | **DECLARATION OF RALPH MALONE**<br><br>Case No. 2:20-cv-00279 DBB<br><br>Judge David Barlow |

I, Ralph Malone, under penalty of perjury, declare as follows:

1. I am the CEO of My Doctor Suggests, LLC ("MDS").

2. As part of my responsibilities with MDS, I have access to and custody of records and files pertaining to MDS's accounting statements and other financial records, which I have reviewed prior to executing this Declaration.

3. The statements contained herein are either based on my own personal knowledge, or upon information reasonably available to me from MDS's business records.

4.     The records described in this Declaration are kept in the ordinary course of business at MDS, and it is the regular practice of MDS to keep such records. Entries and other accounting responsibilities are made at or near the time the particular event or statement occurred, and each entry is made by someone with personal, first-hand knowledge of the event of the statement.

5.     In response to Section V of the Order to Show Cause issued by the Court on April 28, 2020 in this matter, MDS provides:

Exhibit A: Wells Fargo Bank and Mountain America Credit Union transaction reports

Exhibit B: 2020 Year to Date Sales

Exhibit C: Sales Tracker

Exhibit D: Individual Transaction Detail Reports

Exhibit E: Detailed Orders Report

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 20th day of May, 2020.

Ralph Malone, CEO
My Doctor Suggests, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2020, the **DECLARATION OF RALPH MALONE** was sent to the following:

Via Hand Delivery:
JOHN W. HUBER, United States Attorney
JOEL A. FERRE, Assistant United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176

Via U.S. First Class Mail:
SPEARE I. HODGES
SARAH WILLIAMS
Trial Attorneys, Consumer Protection Branch
U.S. Department of Justice
450 5th Street, N.W. Suite 6400-South
Washington, D.C. 20001
Via U.S. First Class Mail

/s/ Melanie Martin

1529233

<u>CD-ROM</u>

# EXHIBITS A-E

## TO DECLARATION OF RALPH MALONE

(Filed Conventionally)