Case: 2:20cv279

Gordon Pedersen
4625 CHERRY CT
CEDAR HILLS, UT 84062

RECEIVED CLERK

MAY 2 2 2020

U.S. DISTRICT COURT

----------------------------------------------------------------

MIME-Version:1.0 From:utd_enotice@utd.uscourts.gov To:ecf_notice@localhost.localdomain Bcc: Message-Id:<4487832@utd.uscourts.gov>Subject:Activity in Case 2:20-cv-00279-DBB USA v. My Doctor Suggests et al Show Cause Hearing Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## US District Court Electronic Case Filing System

## District of Utah

**Notice of Electronic Filing**

The following transaction was entered on 5/12/2020 at 10:58 AM MDT and filed on 5/12/2020

| | |
|---|---|
| **Case Name:** | USA v. My Doctor Suggests et al |
| **Case Number:** | 2:20-cv-00279-DBB |
| **Filer:** | |
| **Document Number:** | 23(No document attached) |

**Docket Text:**
Minute Entry for proceedings held before Judge David Barlow: Show Cause Hearing held on 5/12/2020. This hearing was held telephonically. Counsel for the government appeared. Defendants Gordon Pedersen and GP Silver did not appear, nor did counsel on their behalf. The court made findings on the record and entered a Preliminary Injunction. A written order will follow. The court also set a deadline of 5/24/2020 at 4:00 PM for the government to respond to Mr. Pedersen's briefing regarding personal jurisdiction, and a deadline of 6/10/2020 at 4:00 PM for any reply by Mr. Pedersen. The government is responsible for serving notice of these deadlines on Mr. Pedersen. Court was adjourned.
Attorney for Plaintiff Joel Ferre, Speare Hodges, Sarah Williams. Court Reporter: Laura Robinson.(tcs)

**2:20-cv-00279-DBB Notice has been electronically mailed to:**
Joel A. Ferre     joel.ferre@usdoj.gov, brenda.kimber@usdoj.gov
Brett R. Parkinson     bparkinson@rqn.com, docket@rqn.com, mmartin@rqn.com
Eric G. Benson     ebenson@rqn.com, docket@rqn.com, mmartin@rqn.com
Speare Hodges     speare.i.hodges@usdoj.gov, nicole.m.weeks@usdoj.gov, ocl.files@usdoj.gov
Sarah Williams     sarah.williams@usdoj.gov
**2:20-cv-00279-DBB Notice has been delivered by other means to:**
Gordon Pedersen
4625 CHERRY CT
CEDAR HILLS, UT 84062



United States District Court
District of Utah

Office of the Clerk
United States Courthouse

351 South West Temple
Salt Lake City, Utah
84101

Official Business

*Cease and Desist*
*Cease and Desist*

SALT LAKE CITY
UT 840
12 MAY '20
PM 1 L

Hasler
05/12/2020
US POSTAGE
$00.50

FIRST-CLASS MAIL

ZIP 84101
011D11628168

Return to Sender

Your offer is not accepted. I elect not to contract. The court has not jurisdiction.

NIXIE        841  DE 1         0005/21/20
              RETURN TO SENDER
                  REFUSED
              UNABLE TO FORWARD

BC: 84101198899    *0936-04656-12-46*
84062-7720
84101>1968

"American State Nationals are protected people; per 8 U.S.C. 1101. Protected by the constitutions and International Treaties."

"Protected People" engaged in International Trade under the International Sovereign Immunities Act are owed the "Law of Peace". Territorial Municipal Courts have no permission to Approach or Interfere with living men and women American State Nationals under the Department of Army Pamphlet 27 101-1. Any harm resulting from trespass upon the living men, Gorden Pedersen American State National are subject to full commercial liability and penalties (up to 20 years prison, 18 USC 233, 18 USC 13 41, 13 42.)