# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MY DOCTOR SUGGESTS LLC (d/b/a My Health Supplier), a Utah corporation, GP SILVER LLC, a Utah corporation and GORDON PEDERSEN, an individual,<br><br>　　　　Defendants. | **ORDER EXTENDING THE TEMPORARY RESTRAINING ORDER [8]**<br><br>Case No. 2:20-cv-00279 DBB<br><br>Judge David Barlow |

　　　　Defendant My Doctor Suggests, LLC (MDS) submitted an unopposed motion for an enlargement of time[1] to respond to the Temporary Restraining Order and Show Cause Why a Preliminary Injunction Should Not Issue.[2] The court granted that motion and rescheduled the Order to Show Cause hearing for July 8, 2020 to allow additional time for Plaintiff and MDS to discuss settlement options.[3] The court now orders the temporary restraining order extended with respect to MDS until July 8, 2020.

　　　　Signed June 1, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　DAVID BARLOW
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 27.
[2] ECF No. 8.
[3] ECF No. 30.